

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00272-CR , 04-21-00273-CR & 04-21-00274-CR

The **STATE** of Texas,
Appellant

v.

Marco Antonio **GLORIA**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-02-07981-MCRAJA, 19-02-07982-MCRAJA & 19-02-07984-MCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

On June 9, 2021, appellant the State of Texas filed a notice of appeal stating its intent to appeal an "order granting a mistrial/new trial in these cause numbers." The clerk's record, which was filed on July 30, 2021, did not contain any written orders at that time. Because a trial court's oral announcement of its decision in open court is not final and appealable until the trial court signs a written order, we ordered appellant to show cause why this appeal should not be dismissed for want of jurisdiction. *See State v. Sanavongxay*, 407 S.W.3d 252, 258–59 (Tex. Crim. App. 2012). On September 29, 2021, the district clerk filed a supplemental clerk's record containing a written order granting a mistrial in this case. We therefore retain this appeal on our docket.

Our records appear to show that the appellate record is complete. Accordingly, appellant's brief is now due. If the appellate record is not complete, we **ORDER** appellant to notify this court of that fact **by October 4, 2021**. If appellant does not so notify this court, we will assume the appellate record is complete and appellant's brief will be due **by November 3, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.



_____
Michael A. Cruz,
Clerk of Court